# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| WALDRON, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:17-cv-06115-BP |
| HOBBY LOBBY STORES, INC., | ) ) ) ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 21st day of February, 2018, the parties herein having filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's claims against defendant are dismissed with prejudice and defendant's counterclaims against the plaintiff are dismissed without prejudice to being asserted in any future dispute initiated by plaintiff. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 2/26/2018